```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

KYLE FISHBURNE § § § VS. § ACTION NO. 4:21-CV-095-Y § § BEN E. KEITH COMPANY §

<u>FINAL JUDGMENT</u>

In accordance with Plaintiff's Stipulation of Dismissal (doc. 11) and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties, or, if no agreement has been reached, by the party incurring same.

SIGNED April 20, 2021.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE